**Order entered January 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00909-CR
No. 05-13-00910-CR

**WILLIAM NELLIUS HUBBARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F05-26988-Y, F05-26990-Y**

## ORDER

The Court **REINSTATES** the appeal.

On November 7, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed in these appeals. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel; (3) Kristi Bright, a deputy court reporter who recorded the June 1, 2007 proceeding, is no longer a member of the Texas Court Reporters Association and no longer works for the court reporting company by which she was previously employed; (4) counsel Katherine Drew was finally able to contact Ms. Bright regarding the June 1, 2007 hearing and was told that Ms. Bright had no notes of the hearing; (5) the record of the June 1, 2007 hearing is

lost, neither the judge nor the attorneys have any recollection of that plea hearing, and the parties cannot agree on a substituted record; (6) Sharina Fowler is the court reporter who recorded the June 14, 2013 revocation hearing; and (7) Ms. Fowler said the record of the revocation hearing can be filed by February 3, 2014.

We **ORDER** court reporter Sharina Fowler to file the reporter's record of the June 14, 2013 revocation hearing within **FIFTEEN DAYS** of the date of this order.

We **DENY** as moot court reporter Sharon Hazlewood's November 16, 2013 request for an extension of time to file the reporter's record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharina Fowler, court reporter, and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE